**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

OCT 17 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:19CR881 JAR/NAB** |
| vs. ) | |
| ) | |
| MICHAEL SAFFOLD, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 23, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL SAFFOLD,**

the Defendant herein did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Family Dollar, located at 8971 Halls Ferry Road, St. Louis, Missouri, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about June 23, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL SAFFOLD,**

the Defendant herein knowingly possessed and brandished a firearm, in furtherance of a crime of

violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, or attempting to do so, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Sections 924(c)(1)(A)(i) or 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney